Larry Allan Slightom, a Minor, Etc., Plaintiff, v. Ashmore Grain Company, Edsel Higgins, Beulah Grejtak, Administratrix of the Estate of Donald L. Duvall, Deceased, U-Haul Company, William Green and Arcoa Company, Defendants.

Beulah Grejtak, Administratrix of the Estate of Donald L. Duvall, Deceased, Counterplaintiff-Appellant, v. Ashmore Grain Company and Edsel Higgins, Counterdefendants-Appellees.

Gen. No. 68-27.

Fifth District.

October 22, 1969.

Gordon Burroughs, Burroughs, Simpson & Burroughs, of Edwardsville, and Emerson Baetz, of Alton, for appellant; Cornelius T. Ducey, Johnson, Ducey & Feder, of Belleville, for appellees.
Opinion by JUSTICE MORAN. Not to be published in full.